# IN THE COURT OF APPEALS OF THE STATE OF IDAHO

## Docket Nos. 42535/42536

| | | |
|---|---|---|
| STATE OF IDAHO, | ) | 2015 Unpublished Opinion No. 543 |
| | ) | |
| Plaintiff-Respondent, | ) | Filed: July 9, 2015 |
| | ) | |
| v. | ) | Stephen W. Kenyon, Clerk |
| | ) | |
| DUSTIN MARKUS MEUSER, | ) | THIS IS AN UNPUBLISHED |
| | ) | OPINION AND SHALL NOT |
| Defendant-Appellant. | ) | BE CITED AS AUTHORITY |
| | ) | |

Appeal from the District Court of the Fourth Judicial District, State of Idaho, Ada County. Hon. Michael E. Wetherell, District Judge.

Judgments of conviction and concurrent sentences of forty years with fifteen years determinate for robbery and fourteen years with seven years determinate for grand theft, <u>affirmed</u>.

Sara B. Thomas, State Appellate Public Defender; Shawn F. Wilkerson, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Lori A. Fleming, Deputy Attorney General, Boise, for respondent.

---

Before MELANSON, Chief Judge; GUTIERREZ, Judge;
and GRATTON, Judge

---

PER CURIAM

 In a global plea agreement, Dustin Markus Meuser pled guilty to one count of robbery, Idaho Code § 18-6501 (Docket No. 42535), and one count of grand theft, I.C. §§ 18-2403(1), 18-2407(1)(b), 18-2409 (Docket No. 42536). The district court sentenced Meuser to a unified sentence of forty years with fifteen years determinate on the robbery charge and a concurrent unified sentence of fourteen years with seven years determinate on the grand theft charge. Meuser appeals asserting that the district court abused its discretion by imposing excessive sentences.

1

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and need not be repeated here. *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Meuser's judgments of conviction and sentences are affirmed.